UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TREME COTTAGES, INC. et al                         CIVIL ACTION

VERSUS                                             NO: 07-4138

FIDELITY NATIONAL INSURANCE                        SECTION: "J"(2)
COMPANY

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to Fidelity National Insurance Company's **Motion for Summary Judgment (Rec. Doc. 12)**, set for hearing on August 20, 2007, was submitted timely. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the Fidelity National Insurance Company's **Motion for Summary Judgment (Rec. Doc. 12)** is **GRANTED**. Accordingly, all claims against Fidelity National Insurance Company are dismissed with prejudice at Plaintiff's costs.

A motion for reconsideration of this order based on the

appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  <u>See</u> Fed. R. Civ. P. 16.

    New Orleans, Louisiana, this 20th day of August, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE